UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | District Judge |
|---|---|---|---|---|
| 1:09-cv-179 | 9/13/11 | 1:39 PM - 2:40 PM | Grand Rapids | Janet T. Neff |

### CASE CAPTION

| Plaintiffs: | Defendants: |
|---|---|
| James Kiessel et al. | Leelanau County Sheriff Department et al. |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Michael H. Dettmer and William Rastetter | Plaintiffs |
| Christopher K. Cooke | Defendants Michael Oltersdorf, Scott Wooters and County of Leelanau |

### PROCEEDINGS

**NATURE OF HEARING:** Show Cause Hearing held; Order to issue;

Court Reporter: Kathy Anderson
Law Clerk: Rita Buitendorp